

**Office of the New York State Attorney General**

**Letitia James Attorney General**

August 19, 2025

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Wantagh Union Free School District v. New York State Board of Regents*, No. 25-1136

Dear Ms. Wolfe:

    I am counsel for defendants-appellees in this appeal. The brief for plaintiffs-appellants was filed on August 11, 2025. I respectfully request 91 days from August 11 in which to file the brief for defendants-appellees, resulting in a deadline of November 10, 2025.

                Respectfully submitted,

                /s/ *Stephen J. Yanni*

                Stephen J. Yanni
                Assistant Solicitor General
                (212) 416-6184
                stephen.yanni@ag.ny.gov

cc (via ECF): All counsel of record