# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand twenty-five,

_____

Wantagh Union Free School District, Wantagh Union Free School District Board of Education, Anthony Greco, in his capacity as a Wantagh Board of Education Member and a Resident of the School Community,

        Plaintiffs - Appellants,

Wyandanch Union Free School District, Wyandanch Union Free School District Board of Education, Charlie Reed, in his capacity as a Wyandanch Board of Education Member and a Resident of the School Community,

        Plaintiffs,

  v.

New York State Board of Regents, Lester W. Young, Jr., in his official capacity as Chancellor of the New York State Board of Regents, Josephine Victoria Finn, in her official capacity as Vice Chancellor of the New York State Board of Regents, Roger Tilles, in his official capacity as a member of the New York State Board of Regents, Christine D. Cea, in her official capacity as a member of the New York State Board of Regents, Wade S. Norwood, in his official capacity as a member of the New York State Board of Regents, Kathleen M. Cashin, in her official capacity as a member of the New York State Board of Regents, James E. Cotrell, in his official capacity as a member of the New York State Board of Regents, Judith Chin, in her official capacity as a member of the New York State Board of Regents, Catherine Collins, in her official capacity as a member of the New York State Board of Regents, Elizabeth S. Hakanson, in her official capacity as a member of the

**ORDER**
Docket No. 25-1136

New York State Board of Regents, Luis O. Reyes, in his official capacity as a member of the New York State Board of Regents, Susan W. Mittler, in her official capacity as a member of the New York State Board of Regents, Frances G. Wills, in her official capacity as a member of the New York State Board of Regents, Aramina Vega Ferrer, in her official capacity as a member of the New York State Board of Regents, Shino Tanikawa, in her official capacity as a member of the New York State Board of Regents, Roger P. Catania, in his official capacity as a member of the New York State Board of Regents, Adrian I. Hale, in his official capacity as a member of the New York State Board of Regents,

        Defendants - Appellees.

_____

       Counsel for Appellee New York State Board of Regents, et al. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 10, 2025 as the brief filing date.

       It is HEREBY ORDERED that Appellee's brief must be filed on or before November 10, 2025. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

       For The Court:

       Catherine O'Hagan Wolfe,
       Clerk of Court