**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** _____    Caption [use short title] _____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:** _____    **OPPOSING PARTY:** _____

☐ Plaintiff    ☐ Defendant

☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____    **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

_____    _____

_____    _____

_____    _____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☐ No (explain): _____
_____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____
_____
_____
_____

Is the oral argument on motion requested?  ☐ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☐ No  If yes, enter date: _____

**Signature of Moving Attorney:**
_Chelsea Weisbord_____ **Date:** _____    Service : ☐ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

WANTAGH UNION FREE SCHOOL DISTRICT.

Plaintiffs-Appellants

-against-

NEW YORK STATE BOARD OF REGENTS

Defendants-Respondents.

**AFFIRMATION**

Docket No. 25-1136

Chelsea Weisbord, an attorney duly admitted to practice in the courts of the State of New York, hereby affirms the following:

1.      I am the attorney for Plaintiffs-Appellants in this action. Under the current schedule, our reply Brief is due December 1, 2025. I respectfully request a two-week extension of time (from December 1 to December 15, 2025) of this deadline. This brief extension is necessary for the reasons set forth below.

2.      Since Defendants-Appellees filed their brief on November 10, 2025, I have been confronted with significant court deadlines, including having to oppose a lengthy emergency motion for a preliminary injunction in one federal case, and simultaneously moving for summary judgment and opposing summary judgment in another federal case.

3.      The requested extension also takes into account the upcoming Thanksgiving holiday, for which I will be out of the state to spend time with family.

4.      I have corresponded with counsel for Defendants-Appellees who have consented to this request.

Dated: Carle Place, New York
            November 24, 2025

SOKOLOFF STERN LLP
*Attorneys for Plaintiffs-Petitioners*

By: CHELSEA WEISBORD
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 230101

`

TO:  All Counsel of Record (via ECF)