**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2.
Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Steven C. Stern
Firm Name (if applicable): Sokoloff Stern LLP
Current Telephone Number: (516) 334-4500

The above named attorney represents:
(✓) Appellant/Petitioner ( ) Appellee-Respondent ( ) Intervenor

Date: 9/1/2026 Signature:

**NOTICE TO THE BAR**

**Recording of Argument.** An audio recording of oral argument is available on the Court's website. In addition, a CD of an argument may be purchased for $34 per CD by written request to the Clerk. The request should include the case name, the docket number and the date or oral argument. CDs will be delivered by first class mail unless the request instructs to hold for pick-up or requests Federal Express Service, in which case a Federal Express account number and envelope must be provided.

**Court Reporters.** Parties may arrange - at their own expense - for an official court reporter to transcribe argument from a copy of the hearing tape or to attend and transcribe the hearing directly. A party must first obtain written consent from opposing counsel - or move the Court for permission - to have the court reporter attend and transcribe the hearing and must provide the calendar clerk written notice, including the name, address and telephone number of the attending reporter and, if applicable, the reporting firm at least one week prior to the hearing date.

**Interpreter Services for the Hearing Impaired.** Counsel requiring sign interpreters or other hearing aids must submit a written notice to the Calendar Team at least one week before oral argument.

SOKOLOFF STERN LLP
179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 PHONE (516) 334-4500 FAX (516) 334-4501 WWW.SOKOLOFFSTERN.COM

STEVEN C. STERN
SSTERN@SOKOLOFFSTERN.COM

September 1, 2026

VIA ECF
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Wantagh Union Free School District v. NYS Board of Regents*
Docket No. 25-1136
File No. 230101

Dear Ms. O'Hagan Wolfe:

This firm represent Plaintiffs-Appellants Wantagh Union Free School District, Wantagh Union Free School District Board of Education and Anthony Greco in the above-referenced appeal. We write to advise the Court that the undersigned counsel, Steven C. Stern, will argue this case on September 14, 2026, in place of Chelsea Weisbord. Ms. Weisbord was simultaneously scheduled to argue another matter in the Appellate Division, Second Department at the same time.

We respectfully request that the Court update its records accordingly. Thank you for your consideration of this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

Steven C. Stern

STEVEN C. STERN

cc: Counsel of record [Via ECF]